B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Diamond Heroes of Southeast Michigan, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> FDBA Baseball Heroes of Oakland County, LP | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 26-4513466 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 277 Summit Drive <br> Waterford, MI <br> ZIP Code 48328 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> c/o Robert A. Hilliard <br> 4976 Spring Meadow Drive <br> Clarkston, MI <br> ZIP Code 48348 | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Diamond Heroes of Southeast Michigan, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Diamond Heroes of Southeast Michigan, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ John C. Lange
Signature of Attorney for Debtor(s)
John C. Lange P-39302
Printed Name of Attorney for Debtor(s)
Gold, Lange & Majoros, PC
Firm Name
24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075
Address

Email: jlange@glmpc.com
(248) 350-8220
Telephone Number
August 10, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Robert A. Hilliard
Signature of Authorized Individual
Robert A. Hilliard
Printed Name of Authorized Individual
Member
Title of Authorized Individual
August 10, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Diamond Heroes of Southeast Michigan, Inc.      Case No. _____
                                          Debtor(s)      Chapter    7

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ]   **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   - B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   - C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   [X]   **RETAINER**
   - A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     4,701.00
   - B. The undersigned shall bill against the retainer at an hourly rate of $  0.00 . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $  299.00  of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - ~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - E. Reaffirmations;
   - F. Redemptions;
   - G. Other:

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding

6. The source of payments to the undersigned was from:
   - A.   XX   Debtor(s)' earnings, wages, compensation for services performed
   - B.         Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   August 10, 2011                           /s/ John C. Lange
                                                                          Attorney for the Debtor(s)
                                                                           John C. Lange P-39302
                                                                           Gold, Lange & Majoros, PC
                                                                           24901 Northwestern Hwy.
                                                                           Suite 444
                                                                           Southfield, MI 48075
                                                                           (248) 350-8220 jlange@glmpc.com

Agreed:   /s/ Robert A. Hilliard
                  Robert A. Hilliard
                  Debtor                                                                                        Debtor

21st Century Newspapers, Inc.
PO Box 71277
Madison Heights MI 48071-0277


4th Dimension Promotional Products, Inc.
c/o Arnold M. Fink, Esq.
5640 W. Maple, Suite 203
West Bloomfield MI 48322


Akeel & Valentine, PLC
888 W. Big Beaver Road
Suite 910
Troy MI 48084-4736


American Profit Recovery
34405 West 12 Mile Road
Suite 379
Farmington Hills MI 48331-5608


Ann Arbor/Ypsilanti Regional
Chamber of Commerce
115 W. Huron St., 3rd Floor
Ann Arbor MI 48104


AT&T
PO Box 8100
Aurora IL 60507-8100


ATD Solutions, LLC
PO Box 188
Clarkston MI 48347


Baseball Heroes of Oakland County, LP
277 Summit Drive
Waterford MI 48328

Betty L. Schuster Trust
c/o Tom Schuster
3173 Whitfield Court
Waterford MI 48329


Booth Patterson, PC
1090 West Huron St
Waterford MI 48328


Bowne of Chicago, Inc.
75 Remittance Drive
Suite 6495
Chicago IL 60675-3479


Brian Robb
408 East Cross St.
Ypsilanti MI 48198


Brosente Group, LLC
43636 Woodward Ave.
Suite 200
Bloomfield Hills MI 48302


Carl Chewins
6594 Forest Ridge Court
Clarkston MI 48346


Caryl Ruth Hilliard
4985 Oak Hill Dr.
Waterford MI 48329


Charter Township of  Waterford
5200 Civic Center Drive
Waterford MI 48329


Clarkston Area Chamber of Commerce
5856 South Main St.
Clarkston MI 48346

Clarkston State Bank
66 Highland Road, #2
Waterford MI 48327-1647


Cleveland Clinic Hospital
PO Box 931813
Cleveland OH 44193-1169


Consumers Energy
Bankruptcy Department
4600 Coolidge Hwy
Royal Oak MI 48073


Consumers Energy
Lansing MI 48909


Cory Domel
225 Old Village Center Circle
Unit 4207
St. Augustine FL


Cruisers Academies and Camps, LLC
277 Summit Drive
Waterford MI 48328


Cruisers Sports Consulting, LLC
277 Summit Drive
Waterford MI 48328


Daniel and Kathleen Doty
131 Murphy Ave.
Pontiac MI 48341


David and Carolyn Belaen
1690 Gleneagles
Highland MI 48357

David and Jasmine Lincicome
3228 Watkins Lake Road
Waterford MI 48328


David C. Miller
645 N. Beech Daly Road
Dearborn Heights MI 48127


David S. Hilliard
22 Woodland Hills Dr.
Unit 1
Southgate KY 41071


Debra Nick
c/o Heroes Bar B Q & Brew
998 West Huron St.
Waterford MI 48328


Diamond Heroes of Southeast Michigan, In
277 Summit Drive
Waterford MI 48328


Dickinson Wright, PLLC
38525 Woodward Ave.
Suite 2000
Bloomfield Hills MI 48304


Dickinson Wright, PLLC
c/o Michael T. Raymond
301 East Liberty, Suite 500
Ann Arbor MI 48104


Dmitri Dell Young
8008 Sacramento St.
Fair Oaks CA 95628

```
Dr. Alvin Hollenberg Revocable Trust
Lesley Hollenberg - Executor - deceased
1078 Randville Road
Palatine IL 60067




Eric Coleman
944 Magnolia Ct.
Rochester Hills MI 48307




Eric Coleman
944 Magnolia Court
Rochester MI 48307




Evan T. Meier
8710 Sun Bay Ct.
Williamsburg MI 49690




Fifth Third Bank
1000 Town Center, Suite 1300
Southfield MI 48075




Frontier Professional Baseball, Inc.
2041 Goose Lake Road
Suite 2A
Sauget IL 62206




FX Architecture, LLC
326 East Fifth Street
Royal Oak MI 48067-2708




FX Architecture, LLC
c/o Frank and Carol Ann Arvan
326 East 5th St.
Royal Oak MI 48067




George A. Shaieb
990 Wellesley Court
Bloomfield Hills MI 48304
```

George Hamilton
676 Jamestown Road
Auburn Hills MI 48326

George Shaieb
24800 Sherwood Ave.
Center Line MI 48015

Gera Alvarez
1129 Woodrail Drive
Vista CA 92083

Gerald F. Garland II
726 Andrews St.
Commerce Twp. MI 48420

Griffin Deladurataye
5614 Northcrest Crossing
Clarkston MI 48346

Grissim Metz Andriese Associates
300 East Cady St.
Northville MI 48167

Hauswirth Moncrief, PLLC
691 N. Squirrel Road
Suite 100
Auburn Hills MI 48326

Hoffman Brothers, LLC
c/o Bob Hoffman
1255 South Hospital Road
Waterford MI 48327

IGD Solutions Corporation
6825 Dixie Hwy.
Suite E
Clarkston MI 48346

Inkorporate Graphics
7349 Middlebelt Road
Westland MI 48185


Institute for Athletic Medicine
937 N. Opdyke Road
Auburn Hills MI 48326


J&D Equities, LLC
c/o David and Jim Huttenlocher
1007 West Huron St.
Waterford MI 48328


James & Patricia Linsenman
3408 Shelby St.
Waterford MI 48328


James J. Smith Trust
5614 Northcrest Crossing
Clarkston MI 48346


James Paul and Janet MacCormack
3560 Clintonville Road
Waterford MI 48328


Jasmine Lincicome
3228 Watkins Lake Road
Waterford MI 48328


Jenkins Magnus Volk & Carroll, PC
42714 Woodward Ave.
Bloomfield Hills MI 48304-5061


Jeremy Spencer
11395 Hidden Oaks Drive
Commerce Township MI 48382

Joan Carey
PO Box 1010
Union Lake MI 48387-1010


Jocelyn and Roger Price
c/o John M. Toth, Esq.
30100 Telegraph Road, Suite 250
Bingham Farms MI 48025-4516


Jocelyn and Roger Price
1196 Meadowlark Drive
Waterford MI 48327-2955


John Green
1982 Pine Court
Waterford MI 48328


John Swiderek
995 N. Cass Lake Road
Waterford MI 48328


Kadry Property Management, LLC
c/o Othman Kadry, MD
263 Pine Ridge
Bloomfield Hills MI 48304


Kathleen Jenkins
1966 Warwick
Sylvan Lake MI 48320


Kevin Jo Hill
108 Washtenaw Road
Unit 4
Ypsilanti MI 48197


Kim A. Buckey
4976 Spring Meadow Drive
Clarkston MI 48348

```
Kurt Fries
3103 Harbor Court
Waterford MI 48328



Linda French Trust
504 North Huron
Ypsilanti MI 48197



Marc and Valerie Congdon
2760 Tomahawk Drive
Waterford MI 48328



Master Pitching Machine, Inc.
4200 N.E. Birmingham Road
Kansas City MO 64117



Matt Dillard
3556 West Walton Blvd.
Waterford MI 48329



Mayo Clinic Rochester
PO Box 1658
Minneapolis MN 55480-1658



McCarthy & Smith, Inc.
c/o Bill McCarthy
24317 Indoplex Circle
Farmington Hills MI 48335



Melinda Ann Prince
2109 Lakeview Drive
Apt. 145
Ypsilanti MI 48198-6718



Memorial Hospital
Dept. 30575
PO Box 790126
Saint Louis MO 63179-0126
```

Michael and Thomas Swiderek Trust
c/o John Swiderek
10952 Inverness Trail
Cheboygan MI 49721


Michael L. and Sharon Duff
3022 Harbor Court
Waterford MI 48328


Michael L. Duff
3022 Harbor Court
Waterford MI 48328


Michael Schuster
3900 Athens Ave.
Waterford MI 48329


Midwest Sliders Baseball-Ypsilanti
277 Summit Drive
Waterford MI 48328


Neil E. Wallace, Esq.
39 South Main St.
Suite 20
Clarkston MI 48346


Nowak & Fraus, PLLC
46777 Woodward
Pontiac MI 48342


Oakland County Cruisers
277 Summit Drive
Waterford MI 48328


Oakland County Treasurer
Building 12 E Dept. 479
1200 N Telegraph Rd.
Pontiac MI 48341-0479

```
Oakland Press
PO Box 71305
Madison Heights MI 48071-0305



OC CruiserWear, LLC
277 Summit Drive
Waterford MI 48328



ODK Investments, LLC
c/o Dr. Othman Kadry
263 Pine Ridge Drive
Bloomfield Hills MI 48304



Peggy Palter
5607 Bayswater
West Bloomfield MI 48322



Peoples National Bank, NA
826 Olive St.
Saint Louis MO 63101



Peter C. Riley
772 Lakeland
Grosse Pointe MI 48230



Peter Comstock Riley
772 Lakeland
Grosse Pointe MI 48230



Peter Krupsky
22423 Candance
Rockwood MI 48173



RBI Companies, Inc.
c/o Tim Birtsas
5835 Dixie Hwy.
Clarkston MI 48346
```

Richard and Sally Kuhn
3093 St. Jude Dr.
Waterford MI 48329


Richard Carlson
2760 Lake Angelus Road
Waterford MI 48329


Richard McGraw
2321 Heser Court
Keego Harbor MI 48320


Robert A. Hilliard
4976 Spring Meadow Drive
Clarkston MI 48348


Robert A. Hilliard
ITF Jeffrey Alan Hilliard
4976 Spring Meadow Dr.
Clarkston MI 48348


Robert and Judith Wallace
4160 Echo
West Bloomfield MI 48323


Robert Duff and Leslie Lewis
494 Shoreview
Waterford MI 48328


Robert Hilliard
4976 Spring Meadow Drive
Clarkston MI 48348


Ross Homes, Inc.
4568 Elizabeth Lake Road
Waterford MI 48328

Russell and Kurt Schulte
2135 Airport Road
Waterford MI 48327


Russell Schulte
2135 Airport Road
Waterford MI 48327


S.A.F.E.
c/o Sue Arnold
3450 Windcroft
Waterford MI 48328


Sandy Piekarski
4494 Sourth Shore
Waterford MI 48328


Scott Parker's Complete Lawn & Tree Svs.
10410 Clark Road
Davisburg MI 48350


SEMI-DH Professional Baseball, LLC
277 Summit Drive
Waterford MI 48328


Semi-DH Professional Baseball, LLC
d/b/a Oakland County Cruisers
277 Summit Drive
Waterford MI 48328


SEMI-DH Summer Collegiate Baseball, LLC
277 Summit Drive
Waterford MI 48328


Sophie Nick
607 SunnyBeach Drive
White Lake MI 48386

```
Southeast Michigan
Community Baseball Foundation
277 Summit Drive
Waterford MI 48328-3364



State of Michigan
Wage & Hour Division
PO Box 30476
Lansing MI 48909-7976



Steven D. Ogg
320 S. Roslyn
Waterford MI 48328



Steven K. Thomas
2597 Elsinore Dr.
Waterford MI 48328



Steven S. Wylie
6065 Middle Lake Road
Clarkston MI 48346



Sue Arnold
3450 Windcroft
Waterford MI 48328



Summit Annex Investments, LLC
c/o Glenn L. Valentine, Esq.
888 W. Big Beaver Road, Suite 910
Troy MI 48084



Summit Diamond Sports and Entertainment
277 Summit Drive
Waterford MI 48328



Summit North Investments, LLC
c/o Dr. Othman Kadry
263 Pine Ridge Dr.
Bloomfield Hills MI 48304
```

Summit Sports Management, LLC
277 Summit Drive
Waterford MI 48328


Summit West Investments
c/o David M. Tisdale & Company
5657 West Maple Road
West Bloomfield MI 48322


Team Shaieb
c/o George Shaieb
990 Wellesley Court
Bloomfield Hills MI 48304


The Chateau Hotel & Conf. Ctr.
1601 Jumer Drive
Bloomington IL 61704


The Huttenlocher Group
1007 W. Huron
Waterford MI 48328


The UPS Store
5119 Highland Road
Waterford MI 48327


Tim Birtsas
5835 Dixie Hwy.
Clarkston MI 48346


Timana, LLC
12121 Wilshire Blvd
Suite 1400
Los Angeles CA 90025


Timothy Gladieux
3400 Executive Pkwy
Toledo OH 43606

Timothy L. Nick
30 Dover
Waterford MI 48328


Tri-County Custom Sports
1671 Highwood East
Pontiac MI 48340


V/Gladieux Enterprises, Inc.
c/o Timothy Gladieux
3400 Executive Pkwy
Toledo OH 43606


WAAM Talk 1600
4230 Packard Road
Ann Arbor MI 48108


Warpat Investments, LLC
3636 Saginaw Trail
Waterford MI 48329


Washington Hospital
155 Wilson Ave.
Washington PA 15301


William J. Flavin
2474 Somerset Blvd.
Troy MI 48084


Wilson Sporting Goods
PO Box 3135
Carol Stream IL 60132-3135


Wilson Team Sports
c/o Receivable Management Corp.
PO Box 2471
Woburn MA 01888